ARDC # 6281389

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JAMES GOSLING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 15-cv-11824 |
| v. ) | |
| ) | Honorable Judge Charles Norgle |
| JOHN DAVID STOW, individually and as an ) | |
| agent of WEBB PALLET SERVICE ) | |
| CORPORATION, a/k/a SHOWTIME ) | |
| SPECIALIZED TRANSPORT, INC., a ) | |
| Minnesota Corporation and WEBB PALLET ) | |
| SERVICE CORPORATION, a/k/a ) | |
| SHOWTIME SPECIALIZED TRANSPORT, ) | |
| INC., a Minnesota Corporation, ) | |
| ) | |
| Defendants. ) | |

### STIPULATION TO DISMISS

**IT IS HEREBY STIPULATED AND AGREED** to by the respective parties herein that all matters in controversy have been compromised and settled to the satisfaction of all parties; and that further, this cause of action shall be dismissed with prejudice.

Attorney for Plaintiff
James Gosling

Attorney for all Defendants

Michael Fiorentino
FIORENTINO LAW OFFICES
432 N. Clark Street, Suite 202
Chicago, Illinois 60654
michael@fiorentinolaw.com

David H. Schroeder
CHARYSH & SCHROEDER, LTD.
33 N. Dearborn Street
Chicago, Illinois 60602
dschroeder@cslaw-chicago.com